# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

146600

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

COVENTRY PARKHOMES
CONDOMINIUM ASSOCIATION,
            Plaintiff-Appellant,

v                                                   SC: 146600
                                                    COA: 304188
                                                    Oakland CC: 2010-114865-CH

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 25, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

h0923